**IT IS SO ORDERED.**

*/s/ Randolph Baxter*
RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

**Dated: 27 July, 2009 11:39 AM**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   James Sullivan & Edna Sullivan | ) | Case No. 04-25031 |
| | ) | |
| ORDER DENYING PETITION | ) | Administrative Order |
| FOR UNCLAIMED FUNDS | ) | |
| | ) | Judge Randolph Baxter |
| | ) | |

The Court finds that the Petition for Unclaimed Funds and Order Thereon is not properly submitted as it does not comply with General Order 90-1. Specifically, the petitioner has failed to :

- X    Attach proper proof of identification as defined by General Order 90-1. Proper proof of identification includes driver's license, government ID card, passport, or state issued ID card.

- ❏    Attach Exhibit A which designates the petitioner's identity as either a lawyer or non-lawyer and requires the petitioner's signature attesting to that fact.

- X    Attach an affidavit attesting to the authenticity of the proof of identification, if necessary. See General Order 90-1, Exh. A.

- ❏    Attach to Exhibit A proof of permission to file the Petition on behalf of the Claimant, if the Petitioner is an authorized representative of the Claimant and not the Claimant himself.

- ❏    Other: _____

Accordingly, said Petition is hereby denied.

###

cc: Kathleen S. Allen